jd/USAO2010R00132

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | | Mag. No. 10-2512 (DEA) |
| v. | : | |
| | | ORDER FOR DISMISSAL |
| ANGEL RODRIGUEZ | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 10-2512, against defendant Angel Rodriguez, which Complaint was filed on February 1, 2010, charging the defendant with traveling in interstate and foreign commerce with intent to avoid prosecution, in violation of 18 U.S.C. § 1073, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: October 1, 2010